THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Barrett Stephenson,       
Appellant.
 
 
 

Appeal From Aiken County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-038
Submitted November 20, 2002  Filed 
 January 15, 2003

AFFIRMED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of Columbia, for 
 respondent.
 
 
 

 PER CURIAM:  Affirmed 
 pursuant to Rule 220(b)(2), SCACR, and the following authorities: Rule 220(c), 
 SCACR (stating an appellate court may affirm a trial courts decision based 
 on any reason appearing in the record on appeal); State v. Saltz, 346 
 S.C. 114, 126, 551 S.E.2d 240, 247 (2001) (holding an appellate court may affirm 
 a trial courts decision based on any reason appearing in the record on appeal); 
 State v. Sampson, 317 S.C. 423, 427, 454 S.E.2d 721, 723 (1995) (holding 
 an unappealed ruling is the law of the case and, standing alone, may be a sufficient 
 basis to affirm a defendants conviction); see also State v. Hughes, 
 336 S.C. 585, 591, 521 S.E.2d 500, 503 (1999) (holding contemporaneous objection 
 and final ruling by trial judge are required to preserve error for appellate 
 review); Townsend v. City of Dillon, 326 S.C. 244, 247, 586 S.E.2d 95, 
 97 (1997) (holding that issue not ruled on by the trial judge is not preserved 
 for appellate review); Noisette v. Ismail, 304 S.C. 56, 58, 403 S.E.2d 
 122, 124 (1991) (holding that issue not explicitly ruled on by the trial judge 
 and not raised in a Rule 59(e) motion was not preserved for appellate review).
AFFIRMED. [1] 
CONNOR, STILWELL, and HOWARD, JJ., concur.

 
 [1] Because oral argument would not aid the Court in 
 resolving any issue on appeal, we decide this case without oral argument pursuant 
 to Rule 215, SCACR.